**IN THE SUPREME COURT OF TENNESSEE**
**AT NASHVILLE**
**(HEARD AT CLARKSVILLE)**

FILED

**June 21, 1999**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | | |
|---|---|---|
| DIANA MORRIS, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | |
| v. | ) | NO. 01S01-9804-BC-00076 |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Defendant/Appellee. | ) | |

## ORDER

A petition for rehearing has been filed on behalf of the State of Tennessee. After consideration of the same, the Court is of the opinion that the petition should be and the same hereby is denied at the cost of the State of Tennessee.

PER CURIAM

**DISSENTING:**

Birch and Barker, J.J.